# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re **Jennifer Christine Rivera**

Case No.   **09-38839-sgj-13**

Chapter   **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $206,188.00 | | |
| B - Personal Property | Yes | 5 | $76,229.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $274,679.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $2,809.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $291,473.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $5,721.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $5,321.00 |
| TOTAL | | 26 | $282,417.00 | $568,962.78 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **Jennifer Christine Rivera**

Case No.  **09-38839-sgj-13**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$5,721.67** |
| Average Expenses (from Schedule J, Line 18) | **$5,321.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$4,575.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$1,677.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$2,809.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$291,473.90** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$293,150.90** |

In re **Jennifer Christine Rivera**                        Case No.    **09-38839-sgj-13**
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**28**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **01/15/2010**_____          Signature  **/s/ Jennifer Christine Rivera**_____
                                                                    ***Jennifer Christine Rivera***


Date _____          Signature _____

                                       [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

In re **Jennifer Christine Rivera**                                    Case No.    **09-38839-sgj-13**
                                                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 4964 Golfside Dr Frisco, Texas 75035 PLANTATION RESORT LAKE BROOK FARMS #12, BLOCK A, LOT 38 | Deed of Trust | - | $206,188.00 | $213,769.04 |
| | | **Total:** | **$206,188.00** | |

(Report also on Summary of Schedules)

In re  **Jennifer Christine Rivera**                    Case No.  **09-38839-sgj-13**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | cash | - | $300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Dining Room Furnishings $500<br>Living Room Furnishings $1000<br>Master Bedroom Furnishings $400<br>Home Office Furnishings $439<br>Televisions $600<br>VCR/DVD Player $200<br>Stereo $200<br>Refrigerator $100<br>Freezer $500<br>Various Small Appliances $20<br>Clothing Washer/Dryer $250<br>Flatware, Dishes, Cookware, etc.  $70<br>Linens $100<br>Patio Furniture $100<br>Household Tools $100<br>Lawn Care Tools and Equipment $200 | - | $4,779.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, movies, music | - | $150.00 |
| 6. Wearing apparel. | | Clothing, shoes, and accessories | - | $3,000.00 |

In re  **Jennifer Christine Rivera**                    Case No.  **09-38839-sgj-13**
                                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 7. Furs and jewelry. | | Costume jewelry<br>Fur coat | - | $400.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Sporting equipment | - | $200.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | GTL Term insurance $25,000.00 value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re  **Jennifer Christine Rivera**                    Case No.  **09-38839-sgj-13**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | From Ty Gregg $250 monthly - in arrears $3,000.00 is owing now.  Debtor believes this amount is uncollectable | - | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re **Jennifer Christine Rivera**     Case No.  **09-38839-sgj-13**

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Cadillac Escalade | - | $24,800.00 |
| | | 2008 Chopper<br>title is held in common with Robert Thompson.  Debtor is not in possession of this vehicle, neither does she make payments on the debt secured by it or insure it | - | $20,000.00 |
| | | 2005 320E Mercedes<br>title is held in common with Robert Thompson.  Debtor is not in possession of this vehicle, neither does she make payments on the debt secured by it or insure it | - | $22,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 Dogs<br>3 Cats | - | $600.00 |

In re  **Jennifer Christine Rivera**                                    Case No.  **09-38839-sgj-13**
                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached                    **Total  >** | **$76,229.00** |
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Jennifer Christine Rivera**                Case No.   **09-38839-sgj-13**
                                                                                          (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                        $136,875.

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4964 Golfside Dr Frisco, Texas 75035 PLANTATION RESORT LAKE BROOK FARMS # 12, BLOCK A, LOT 38 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $206,188.00 |
| Dining Room Furnishings $500 Living Room Furnishings $1000 Master Bedroom Furnishings $400 Home Office Furnishings $439 Televisions $600 VCR/DVD Player $200 Stereo $200 Refrigerator $100 Freezer $500 Various Small Appliances $20 Clothing Washer/Dryer $250 Flatware, Dishes, Cookware, etc.  $70 Linens $100 Patio Furniture $100 Household Tools $100 Lawn Care Tools and Equipment $200 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $4,779.00 | $4,779.00 |
| Books, pictures, movies, music | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Clothing, shoes, and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $3,000.00 | $3,000.00 |
| Costume jewelry Fur coat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $400.00 | $400.00 |
| | | **$8,329.00** | **$214,517.00** |

In re  **Jennifer Christine Rivera**                    Case No.   **09-38839-sgj-13**
                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Sporting equipment | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $200.00 | $200.00 |
| From Ty Gregg $250 monthly - in arrears $3,000.00 is owing now.  Debtor believes this amount is uncollectable | Tex. Prop. Code § 42.001(b)(3) | $0.00 | $0.00 |
| 2005 Cadillac Escalade | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $19,736.78 | $24,800.00 |
| 3 Dogs 3 Cats | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(11) | $600.00 | $600.00 |
| | | $28,865.78 | $240,117.00 |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Collin County**<br>**P. O. Box 8046**<br>**McKinney, TX  75070-8046** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**4964 Golfside Dr Frisco, Texas 75035**<br>REMARKS:<br><br>VALUE:          **$206,188.00** | | | | **$0.00** | |
| ACCT #: **22005602200**<br><br>**CREDIT UNION OF TEXAS**<br>**PO BOX 515169**<br>**DALLAS, TX 75251** | | - | DATE INCURRED:   **03/08/2007**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2008 Chopper**<br>REMARKS:<br><br>VALUE:          **$20,000.00** | | | | **$21,677.00** | **$1,677.00** |
| ACCT #:<br><br>**CREDIT UNION OF TEXAS**<br>**PO BOX 515169**<br>**DALLAS, TX 75251** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2005 320E Mercedes**<br>REMARKS:<br><br>VALUE:          **$22,000.00** | | | | **$22,000.00** | |
| ACCT #: **P47008**<br><br>**VIP Finance**<br>**4125 Colleyville Blvd**<br>**Colleyville, TX 76034** | | - | DATE INCURRED:   **12/14/09**<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**2005 Cadillac Escalade**<br>REMARKS:<br><br>VALUE:          **$24,800.00** | | | | **$5,063.22** | |
| | | | Subtotal (Total of this Page) > | | | | **$48,740.22** | **$1,677.00** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Jennifer Christine Rivera**                                    Case No. **09-38839-sgj-13**
                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **486733**<br><br>**Wilshire Credit Corporation**<br>**PO Box 8517**<br>**Portland, OR  97207-8517** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**4964 Golfside Dr Frisco, Texas 75035**<br>REMARKS:<br><br>VALUE: **$206,188.00** | | | | **$174,887.19** | |
| ACCT #: **486733**<br><br>**Wilshire Credit Corporation**<br>**PO Box 8517**<br>**Portland, OR  97207-8517** | | - | DATE INCURRED:   **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**4964 Golfside Dr Frisco, Texas 75035**<br>REMARKS:<br><br>VALUE: **$206,188.00** | | | | **$10,773.70** | |
| ACCT #: **486731**<br><br>**Wilshire Credit Corporation**<br>**PO Box 8517**<br>**Portland, OR  97207-8517** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**4964 Golfside Dr Frisco, Texas 75035**<br>REMARKS:<br><br>VALUE: **$206,188.00** | | | | **$38,881.85** | |
| ACCT #: **486731**<br><br>**Wilshire Credit Corporation**<br>**PO Box 8517**<br>**Portland, OR  97207-8517** | | - | DATE INCURRED:   **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**4964 Golfside Dr Frisco, Texas 75035**<br>REMARKS:<br><br>VALUE: **$206,188.00** | | | | **$1,396.92** | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | **$225,939.66** | **$0.00** |
|---|---|---|---|
| | Total (Use only on last page) > | **$274,679.88** | **$1,677.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **Jennifer Christine Rivera**                         Case No.   **09-38839-sgj-13**
                                                                                 (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

In re  **Jennifer Christine Rivera**                                      Case No.  **09-38839-sgj-13**
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Harriet Langston, P.C.**<br>**7557 Rambler Road, Ste 812**<br>**Dallas, TX 75231** | | - | DATE INCURRED:  **12/30/2009**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $2,809.00 | $2,809.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotals (Totals of this page) > | $2,809.00 | $2,809.00 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $2,809.00 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $2,809.00 | $0.00 |

In re   **Jennifer Christine Rivera**                                          Case No.   **09-38839-sgj-13**
                                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **62216531**<br>**AMO Recoveries**<br>**6737 W Washington St Ste 3118**<br>**West Allis, WI 53214** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Old Bill**<br>REMARKS: | | | | **$13,445.53** |
| ACCT #:  **422709383972**<br>**Applied Bank**<br>**601 Delaware Avenue**<br>**Wilmington, DE 19801** | | - | DATE INCURRED:    **09/15/2005**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$2,238.00** |
| ACCT #:  **4106370010881656**<br>**Aspire Visa**<br>**PO BOX 105555**<br>**ATLANTA, GA 30348** | | - | DATE INCURRED:    **08/04/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$1,483.00** |
| ACCT #:  **314544342**<br>**AT&T Mobility**<br>**1801 Valley View Lane**<br>**Dallas, TX 75234-8906** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities (Business)**<br>REMARKS: | | | | **$251.19** |
| ACCT #:<br>**Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622-5118** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$5,500.00** |
| ACCT #:  **980**<br>**BANK OF AMERICA**<br>**PO BOX 17054**<br>**WILMINGTON, DE 19850** | | - | DATE INCURRED:    **03/08/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **Notice Only** |

Subtotal >   **$22,917.72**

_____**9**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **S440088** <br> **C.A.S.H Auto Sales** <br> **801 East Division St.** <br> **Arlington TX  76011** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Contract/Lease** <br> REMARKS: <br> **service contract S440088** <br> **12/14/2009** | | | | **Unknown** |
| ACCT #:  **15306041090703520** <br> **CACH LLC** <br> **370 17TH ST STE 5000** <br> **DENVER, CO 80202** | | - | DATE INCURRED:  **07/21/2009** <br> CONSIDERATION: <br> **Collection** <br> REMARKS: | | | | **$554.00** |
| ACCT #:  **517805729344** <br> **CAP ONE** <br> **PO BOX 85520** <br> **RICHMOND, VA 23285** | | - | DATE INCURRED:  **03/15/2007** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **486236263053** <br> **CAP ONE** <br> **PO BOX 85520** <br> **RICHMOND, VA 23285** | | - | DATE INCURRED:  **02/27/2006** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **035843036** <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | **$1,675.15** |
| ACCT #: <br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$15,000.00** |

Sheet no. ____1____ of ____9____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  | **$17,229.15**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **Jennifer Christine Rivera**                                      Case No.   **09-38839-sgj-13**
                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,675.15** |
| ACCT #:<br>**Capital One Visa**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$500.00** |
| ACCT #:   **337700551850**<br>**CAPITAL ONE, NA**<br>**PO BOX 152406**<br>**IRVING, TX 75015** | | - | DATE INCURRED:   **03/09/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:   **745611831**<br>**CENTRAL FINL CONTROL**<br>**PO BOX 66051**<br>**ANAHEIM, CA 92816** | | - | DATE INCURRED:   **01/01/2008**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **$813.00** |
| ACCT #:   **5418-2274-0940-5150**<br>**Chase Bank**<br>**PO Box 15902**<br>**Wilmington, DE 19850-5902** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$2,936.41** |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to                                **Subtotal >** | **$6,424.56**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Chevron**<br>**PO Box 9560**<br>**Concord, CA 94524-1956** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$200.00** |
| ACCT #:  **6074395517192347**<br>**CITIFINANCIAL**<br>**PO BOX 499**<br>**HANOVER, MD 21076** | | - | DATE INCURRED:  **03/01/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$5,636.00** |
| ACCT #:  **730003000169**<br>**CONSCRDTSVCS**<br>**1501 S COMMERCE ST**<br>**LAS VEGAS, NV 89102** | | - | DATE INCURRED:  **06/27/2005**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **Notice Only** |
| ACCT #:  **5178007769366154**<br>**FIRST PREMIER BANK**<br>**601 S MINNESOTA AVE**<br>**SIOUX FALLS, SD 57104** | | - | DATE INCURRED:  **10/03/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$455.00** |
| ACCT #:  **20070400018181**<br>**FREEDOM ROAD FINANCIAL**<br>**10605 DOUBLE R BLVD STE**<br>**RENO, NV 89521** | | - | DATE INCURRED:  **04/10/2007**<br>CONSIDERATION:<br>**Deficiency on Repossession**<br>REMARKS: | | | | **$13,446.00** |
| ACCT #:  **7061591038210430**<br>**GEMB/CHEVRON**<br>**4125 WINDWARD PLZ**<br>**ALPHARETTA, GA 30005** | | - | DATE INCURRED:  **04/14/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**9**____ continuation sheets attached to                                   **Subtotal >**          **$19,737.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **83648200215168**<br>**HFC**<br>**PO BOX 3425**<br>**BUFFALO, NY 14240** | | - | DATE INCURRED:  **04/23/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $8,221.00 |
| ACCT #:  **WELLS FAR-3415484**<br>**HILCO RECEIVABLES LLC**<br>**5 REVERE DR**<br>**NORTHBROOK, IL 60062** | | - | DATE INCURRED:  **02/27/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $5,790.00 |
| ACCT #:<br>**Home Depot**<br>**PO Box 103003**<br>**Roswell, GA 30076** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,500.00 |
| ACCT #:<br>**HSBC**<br>**PO Box 5251**<br>**Carol Stream, IL  60197-9642** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $7,600.00 |
| ACCT #:  **5407915026616489**<br>**HSBC BANK**<br>**PO BOX 5253**<br>**CAROL STREAM, IL 60197** | | - | DATE INCURRED:  **04/25/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**HSBC Card Services**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $300.00 |

Sheet no. ____4____ of ____9____ continuation sheets attached to                                     **Subtotal >**          $29,411.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total >**
                                                           **(Use only on last page of the completed Schedule F.)**
                                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                                           **Statistical Summary of Certain Liabilities and Related Data.)**

In re **Jennifer Christine Rivera**  Case No. __09-38839-sgj-13__
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **6035320204331423** <br> **LTD FINANCIAL SVCS LP** <br> **7322 SOUTHWEST FWY STE 1** <br> **HOUSTON, TX 77074** | | - | DATE INCURRED: **08/24/2009** <br> CONSIDERATION: **Collection** <br> REMARKS: | | | | **$9,502.00** |
| ACCT #: **09-301101-310** <br> **Mackie Wolf & Zientz, P.C.** <br> **14180 N Dallas Pkwy Ste 660** <br> **Dallas, TX 75254** | | - | DATE INCURRED: <br> CONSIDERATION: **Notice Only - Mortgage** <br> REMARKS: | | | | **Unknown** |
| ACCT #: **8532154947** <br> **MCM** <br> **PO Box 603** <br> **Oaks, PA 19456** | | - | DATE INCURRED: <br> CONSIDERATION: **Credit Card** <br> REMARKS: | | | X | **$1,561.09** |
| ACCT #: **8532154947** <br> **MIDLAND CREDIT MGMT** <br> **8875 AERO DR** <br> **SAN DIEGO, CA 92123** | | - | DATE INCURRED: **09/08/2009** <br> CONSIDERATION: **Collection** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: **14244645** <br> **MRS Associates, Inc.** <br> **1930 Olney Ave** <br> **Cherry Hill, NJ 08003** | | - | DATE INCURRED: <br> CONSIDERATION: **Old Bill** <br> REMARKS: | | | X | **$1,675.15** |
| ACCT #: <br> **North Star Capital Aquisition, LLC** | | - | DATE INCURRED: <br> CONSIDERATION: **Old Bill** <br> REMARKS: | | | X | **$8,175.79** |

Sheet no. __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$20,914.03**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  **Jennifer Christine Rivera**            Case No.  **09-38839-sgj-13**

                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **142061**<br>**Pediatric Assoc. of Dallas**<br>**8355 Walnut Hill Lane Ste 200**<br>**Dallas, TX 75231-4243** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $160.24 |
| ACCT #:  **1366246**<br>**Pinnacle Anesthesia Consultants**<br>**PO Box 650426**<br>**Dallas, TX 75265-0426** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | X | $770.00 |
| ACCT #:  **CITIFI-4309550192347**<br>**PORTFOLIO RECVRY&AFFIL**<br>**120 CORPORATE BLVD STE 1**<br>**NORFOLK, VA 23502** | | - | DATE INCURRED:  **10/30/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **522401**<br>**PREFERRED CREDIT INC**<br>**3051 2ND ST S STE 200**<br>**SAINT CLOUD, MN 56301** | | | DATE INCURRED:  **10/03/2005**<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **759264**<br>**Rausch, Strum et al.**<br>**PO Box 3018**<br>**Abilene, TX 79604-3018** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Old Bill**<br>REMARKS: | | | X | $8,175.79 |
| ACCT #:  **51R010164703410**<br>**RJM ACQ LLC**<br>**575 UNDERHILL BLVD STE 2**<br>**SYOSSET, NY 11791** | | | DATE INCURRED:  **05/28/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $265.00 |

Sheet no. _____**6**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$9,371.03**

Total > 
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **Jennifer Christine Rivera**     Case No.     **09-38839-sgj-13**
                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Robert Thompson** <br> **16633 Dallas Pkwy, Ste 600** <br> **Addison, TX 75001** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Promissory Note** <br> REMARKS: | | | | $70,000.00 |
| ACCT #:  **1014172** <br> **SECURITY CREDIT SERVIC** <br> **2623 W OXFORD LOOP** <br> **OXFORD, MS 38655** | | - | DATE INCURRED:   **10/29/2009** <br> CONSIDERATION: <br> **Collection** <br> REMARKS: | | | | $361.00 |
| ACCT #:  **5418-2274-0940-5150** <br> **Stellar Recovery, Inc.** <br> **PO Box 2210** <br> **Southgate, MI 48195-0210** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | X | $2,936.41 |
| ACCT #:  **3773381** <br> **Synerprise Consulting Service, Inc.** <br> **2809 Regal Rd, Ste 107** <br> **Plano, TX  75075** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Bill** <br> REMARKS: | | | X | $770.00 |
| ACCT #: <br> **Wachovia** <br> **PO Box 15463** <br> **Wilmington, DE  19850-5463** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $15,000.00 |
| ACCT #:  **320511000092744** <br> **Wachovia** <br> **PO BOX 3117** <br> **WINSTON SALEM, NC 27102** | | - | DATE INCURRED:   **03/08/2007** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | $15,234.00 |

Sheet no. ____**7**____ of ____**9**____ continuation sheets attached to          **Subtotal >**          $104,301.41
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Washington Mutual Bank, F.A** <br> **Attn:  Bankruptcy Department** <br> **74 Fairway Drive** <br> **Vernon Hills, IL  60061** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Old Bill** <br> REMARKS: | | | | **$2,000.00** |
| ACCT #: <br> **Wells Fargo** <br> **P. O. Box 5445** <br> **Portland, OR 97228-5445** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$7,000.00** |
| ACCT #: <br> **Wells Fargo** <br> **P. O. Box 5445** <br> **Portland, OR 97228-5445** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$5,000.00** |
| ACCT #:   **604870000316** <br> **WFF CARDS** <br> **3201 N 4TH AVE** <br> **SIOUX FALLS, SD 57104** | | | DATE INCURRED:   **03/14/2007** <br> CONSIDERATION: <br> **Charge Account** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:   **486733** <br> **WILSHIRE CREDIT CORP** <br> **1776 SW MADISON ST** <br> **PORTLAND, OR 97205** | | - | DATE INCURRED:   **05/18/2005** <br> CONSIDERATION: <br> **Mortgage** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:   **486731** <br> **WILSHIRE CREDIT CORP** <br> **1776 SW MADISON ST** <br> **PORTLAND, OR 97205** | | - | DATE INCURRED:   **05/18/2005** <br> CONSIDERATION: <br> **Collection** <br> REMARKS: | | | | **$39,309.00** |

Sheet no. _____**8**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$53,309.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Case No.   **09-38839-sgj-13**
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1004588562**<br>**ZENITH ACQUISITION**<br>**220 JOHN GLENN DR # 1**<br>**AMHERST, NY 14228** | | - | DATE INCURRED:  **04/16/2009**<br>CONSIDERATION:<br>**Collection**<br>REMARKS: | | | | $7,859.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**9**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | $7,859.00 |
| **Total >** | $291,473.90 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **Jennifer Christine Rivera**                      Case No.  <u>09-38839-sgj-13</u>
                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **C.A.S.H Auto Sales**<br>801 East Division St.<br>Arlington TX  76011 | service contract S440088<br>12/14/2009<br>Contract to be REJECTED<br>Contract is in DEFAULT |

In re  **Jennifer Christine Rivera**                          Case No.   **09-38839-sgj-13**
                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re **Jennifer Christine Rivera**     Case No.    **09-38839-sgj-13**
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s):  Son<br>Son | Age(s): 14<br>3 | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Account Executive<br>Family Benefits Group<br>5 yrs.<br>16633 Dallas Pkwy<br>Addison, TX 75001 | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | **DEBTOR** | **SPOUSE** |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,791.67 | |
| 2. | Estimate monthly overtime | $0.00 | |
| 3. | SUBTOTAL | **$3,791.67** | |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| | b. Social Security Tax | $0.00 | |
| | c. Medicare | $0.00 | |
| | d. Insurance | $0.00 | |
| | e. Union dues | $0.00 | |
| | f. Retirement | $0.00 | |
| | g. Other (Specify) _____ | $0.00 | |
| | h. Other (Specify) _____ | $0.00 | |
| | i. Other (Specify) _____ | $0.00 | |
| | j. Other (Specify) _____ | $0.00 | |
| | k. Other (Specify) _____ | $0.00 | |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$3,791.67** | |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. | Income from real property | $0.00 | |
| 9. | Interest and dividends | $0.00 | |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $1,000.00 | |
| 11. | Social security or government assistance (Specify): _____ | $0.00 | |
| 12. | Pension or retirement income | $0.00 | |
| 13. | Other monthly income (Specify): | | |
| | a. Help from Family _____ | $930.00 | |
| | b._____ | $0.00 | |
| | c._____ | $0.00 | |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$1,930.00** | |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$5,721.67** | |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$5,721.67** |

(Report also on Summary of Schedules and, if applicable,<br>on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,739.00 |
|    a. Are real estate taxes included?      ☑ Yes    ☐ No | |
|    b. Is property insurance included?       ☑ Yes    ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $400.00 |
|            b. Water and sewer | $100.00 |
|            c. Telephone | $420.00 |
|            d. Other:   Cable & Internet | $120.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $500.00 |
| 5. Clothing | $104.00 |
| 6. Laundry and dry cleaning | $40.00 |
| 7. Medical and dental expenses | $140.00 |
| 8. Transportation (not including car payments) | $375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $100.00 |
| 10. Charitable contributions | $20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | |
|            b. Life | $25.00 |
|            c. Health | |
|            d. Auto | $178.00 |
|            e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $525.00 |
| Specify: Estimated Income Tax | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|            a. Auto: | |
|            b. Other: | |
|            c. Other:   Personal Care & Grooming | $35.00 |
|            d. Other:   Child Care | $400.00 |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$5,321.00** |

| | |
|---|---:|
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $5,721.67 |
| b. Average monthly expenses from Line 18 above | $5,321.00 |
| c. Monthly net income (a. minus b.) | $400.67 |